# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK JAMES BERWICK,
                  Appellant,
        vs.
THE STATE OF NEVADA,
                  Respondent.

No. 69765

FILED

MAR 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a request for an honorable discharge from probation. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Our preliminary review of this appeal revealed a jurisdictional defect. Specifically, it appeared that no statute or court rule provides for an appeal from the aforementioned order. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Therefore, on March 1, 2016, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. In response to the show-cause order, appellant's counsel concedes that no statute or court rule provides for the order being challenged on appeal. Because no statute or court rule provides for an appeal from a district court order denying a

16-09900

request for an honorable discharge from probation, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Valerie Adair, District Judge
Clark County Public Defender
Frank James Berwick
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk